

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH McELROY              :

VS.                         : NO. 3:02CV1525(AVC)

CITY OF TORRINGTON, ET AL.  : SEPTEMBER 30, 2003

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff respectfully requests an extension of time of sixty (60) days, up to and including December 22, 2003, to comply with defendants' interrogatories and requests for production dated September 22, 2003.

In support of this motion, the plaintiff represents as follows:

1. He was served with defendants' interrogatories and requests for production on or about September 24, 2003.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendant's attorney was contacted by this office and represents that he objects to the granting of this request.

October 10, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.