UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH McELROY | NO.: 3:02CV1525 (AVC) |
| v. | |
| CITY OF TORRINGTON, JAMES POTTER, CAROLANN KENNEDY, THOMAS TELMAN, ROBERT ZORDAN, KENNETH FUCHSMAN, CHRISTOPHER JANCO, JAYE GIAMPAOLO AND JOHN B. FIELD, JR. | OCTOBER 6, 2003 |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The defendants, JOHN FIELD AND JAYE GIAPAOLO, hereby object to the plaintiff's first motion for extension of time to respond to the defendants' interrogatories and request for production dated September 30, 2003. A sixty (60) day extension of time is unwarranted, unreasonable and unnecessarily interferes with the taking of said plaintiff's deposition on November 12, 2003.

WHEREFORE, the defendants request that their objection be sustained.

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

DEFENDANTS,
JAYE GIAMPAOLO AND
JOHN B. FIELD, JR.

By_____
John J. Radshaw, III, ct24882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this ___ day of October, 2003.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
HOWARD, KOHN, SPRAGUE &
FITZGERALD, LLP
237 Buckingham Street
PO Box 26198
Hartford, CT  06126-1798

_____
John J. Radshaw, III