UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH McELROY | : | NO.: 3:02CV1525 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, JAMES | : | |
| POTTER, CAROLANN KENNEDY, | : | |
| THOMAS TELMAN, ROBERT ZORDAN, | : | |
| KENNETH FUCHSMAN, CHRISTOPHER | : | |
| JANCO, JAYE GIAMPAOLO AND | : | |
| JOHN B. FIELD, JR. | : | NOVEMBER 14, 2003 |

## MOTION TO AMEND SCHEDULING ORDER

The defendants, JAYE GIAMPAOLO AND JOHN B. FIELD, JR., hereby move the Court to amend the scheduling order as set forth below. In particular:

- ❑ Amend the dispositive motion deadline from December 1, 2003 until a date thirty (30) days after the Court's decision on the defendants' motion to dismiss dated May 14, 2003.

In support of this motion, the defendants offer that if the Court decides the defendants' pending motion to dismiss, it will completely resolved the claims against these undersigned defendants. The defendants should not have to draft and file a dispositive motion until they have ascertained the outcome of their now pending motion to dismiss. Granting this motion will facilitate the just, speedy and inexpensive determination of this action and not unduly burden the undersigned defendants.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants pray that the Court grants this motion to amend the scheduling order set forth above.

        DEFENDANTS,
        JAYE GIAMPAOLO AND
        JOHN B. FIELD, JR.

        /s/ John J. Radshaw, III
        John J. Radshaw, III, ct19882    ct19882
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)
        e-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of November, 2003.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
HOWARD, KOHN, SPRAGUE & FITZGERALD, LLP
237 Buckingham Street
PO Box 26198
Hartford, CT 06126-1798

                                                  /s/ John J. Radshaw, III
                                                  John J. Radshaw, III