UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH MCELROY | CIVIL ACTION NO. |
| Plaintiff | |
| | 3:02 CV 01525 (AVC) |
| V. | |
| | |
| CITY OF TORRINGTON | |
| JAMES POTTER | |
| CAROLANN KENNEDY | |
| THOMAS TELMAN | |
| ROBERT ZORDAN | |
| KENNETH FUCHSMAN | |
| CHRISTOPHER JANCO | |
| JAYE GIAMPAOLO | |
| JOHN B. FIELD, JR. | |
| Defendants | |
| | NOVEMBER 19, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND SCHEDULING ORDER

The defendants, City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordon, Kenneth Fuchsman and Christopher Janco, hereby move the Court to amend the scheduling order as set forth below. In particular:

Amend the dispositive motion deadline from December 1, 2003 to January 2, 2004.

In support of this motion, the defendants submit that: In a case arising out of the same

circumstances, Kevin Hayes v. City of Torrington, Et Al, Docket Number 3:02 CV01542(MRK), the undersigned will be filing a motion for summary judgment on or before January 2, 2004. The depositions of the plaintiffs in each of these matters has just been completed and the defendants require this short additional amount of time in which to complete the research for, and preparation of, their dispositive motions, the work on which has already been commenced.

The undersigned has spoken to Attorney Katrina Engstrom of Williams & Pattis, who represents the plaintiff, and the plaintiff has no objection to this motion.

                                      DEFENDANTS:
                                      CITY of TORRINGTON, JAMES POTTER
                                      CAROLANN KENNEDY, THOMAS TELMAN
                                      ROBERT ZORDAN, KENNETH FUCHSMAN
                                      and CHRISTOPHER JANCO

By _____
                                      Constance L. Epstein, Esq.
                                      Federal Bar No. ct 06958
                                      Howard, Kohn, Sprague & FitzGerald
                                      237 Buckingham Street
                                      Hartford, CT 06106
                                      (860) 525-3101 (Telephone)
                                      (860) 247-4201 (Fax)
                                      Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of November, 2003, to:

Katrina Engstrom
Williams and Pattis
51 Elm Street, Suite 400
New Haven, CT 06510

John Radshaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Albert G. Vasko, Esq.
140 Main Street
Torrington, CT 06790

Constance L. Epstein
Commissioner of the Superior Court