UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH McELROY | : | NO.: 3:02CV1525 (AVC) |
| v. | : | |
| CITY OF TORRINGTON, JAMES POTTER, CAROLANN KENNEDY, THOMAS TELMAN, ROBERT ZORDAN, KENNETH FUCHSMAN, CHRISTOPHER JANCO, JAYE GIAMPAOLO AND JOHN B. FIELD, JR. | : : : : : : | NOVEMBER 14, 2003 |

## MOTION TO AMEND SCHEDULING ORDER

The defendants, JAYE GIAMPAOLO AND JOHN B. FIELD, JR., hereby move the Court to amend the scheduling order as set forth below. In particular:

- ❏ Amend the dispositive motion deadline from December 1, 2003 until a date thirty (30) days after the Court's decision on the defendants' motion to dismiss dated May 14, 2003.

In support of this motion, the defendants offer that if the Court decides the defendants' pending motion to dismiss, it will completely resolved the claims against these undersigned defendants. The defendants should not have to draft and file a dispositive motion until they have ascertained the outcome of their now pending motion to dismiss. Granting this motion will facilitate the just, speedy and inexpensive determination of this action and not unduly burden the undersigned defendants.

ORAL ARGUMENT IS NOT REQUESTED

November 19, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.