UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************

| | |
|---|---|
| JOSEPH MCELROY | CIVIL ACTION NO. |
| Plaintiff | |
| | 3:02 CV 01525 (AVC) |
| V. | |
| | |
| CITY OF TORRINGTON | |
| JAMES POTTER | |
| CAROLANN KENNEDY | |
| THOMAS TELMAN | |
| ROBERT ZORDAN | |
| KENNETH FUCHSMAN | |
| CHRISTOPHER JANCO | |
| JAYE GIAMPAOLO | |
| JOHN B. FIELD, JR. | |
| Defendants | |
| | NOVEMBER 19, 2003 |

*********************************************

## MOTION TO AMEND SCHEDULING ORDER

The defendants, City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordon, Kenneth Fuchsman and Christopher Janco, hereby move the Court to amend the scheduling order as set forth below. In particular:

Amend the dispositive motion deadline from December 1, 2003 to January 2, 2004.

In support of this motion, the defendants submit that: In a case arising out of the same

November 25, 2003. GRANTED. Alfred V. Covello, U.S.D.J.
SO ORDERED.

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160