UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

***************************************

| | |
|---|---|
| JOSEPH McELROY | CIVIL ACTION NO. |
| Plaintiff | |
| | 3:02 CV 01525 (AVC) |
| Vs. | |
| | |
| CITY OF TORRINGTON | |
| JAMES POTTER | |
| CAROLANN KENNEDY | |
| THOMAS TELMAN | |
| ROBERT ZORDAN | |
| KENNETH FUCHSMAN | |
| CHRISTOPHER JANCO | |
| JAYE GIAMPAOLO | |
| JOHN B. FIELD, JR. | |
| Defendants | |
| | JANUARY 2, 2004 |

***************************************

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure, Rule 56, and the District of Connecticut Local Rule 56, the Defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco submit that there are no material facts in dispute and move this Court for the entry of summary judgment in their favor, as a matter of law, as to the Plaintiff's claims against them for the reasons that:

plaintiff's claims do not constitute the deprivation of a property interest and do not constitute violation of any constitutional rights. Furthermore, the individual Board members are immune to suit under the doctrine of qualified immunity.

>DEFENDANTS:
>CITY of TORRINGTON, JAMES POTTER
>CAROLANN KENNEDY, THOMAS TELMAN
>ROBERT ZORDAN, KENNETH FUCHSMAN
>and CHRISTOPHER JANCO
>
>By _____
>Constance L. Epstein, Esq.
>Federal Bar No. ct 06958
>Howard, Kohn, Sprague & FitzGerald
>237 Buckingham Street
>Hartford, CT 06106
>(860) 525-3101 (Telephone)
>(860) 247-4201 (Fax)
>Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of January, 2004, to:

John R. Williams
Williams and Pattis
51 Elm Street, Suite 400
New Haven, CT 06510

John Radshaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Albert G. Vasko, Esq.
140 Main Street
Torrington, CT 06790

Constance L. Epstein