# DEPARTMENT OF FIRE SERVICE
## CITY OF TORRINGTON

| OFFICE OF THE CHIEF | OPERATIONS DIVISION | PREVENTION DIVISION | TRAINING DIVISION |
|---|---|---|---|
| Chief John Field | Deputy Chief Jaye Giampaolo | Fire Marshal Timothy J. Tharau | Training Officer Lawrence W. Hepburn |

DEFENDANT'S
EXHIBIT NO. 3
FOR IDENTIFICATION
PENGAD-Bayonne, N.J.
DATE 11/12/03 RPTR: OSH

July 12, 2001

Lt. Joseph McElroy
Torrington Fire Department

Dear Joe:

This letter is to officially notify you of the Board of Public Safety's actions on July 11, 2001.

In June the Torrington Fire Department initiated the promotional process for two Captain's positions. Ten highly qualified Lieutenants proposed their intentions to be involved in the process. Each candidate spending hours upon hours, preparing for the examination process, none working harder then yourself. Many candidates, like yourself, worked years to prepare for this opportunity. The end result is four highly qualified candidates for promotion, yourself included. The Department is very proud of each of these candidates, knowing they are the 'cream of the crop'. Knowing that you were the top candidate, made no-one prouder then myself. Your final score was exceptional. You are to be commended for your efforts.

Unfortunately there was only two positions available. With the Department's current and recent problems, difficult decisions would need to be made to assure that appropriate personnel were in positions directing the transition. The Board of Public Safety set the standard for what it wants from it's Fire Department, placing me in the position of the leader. Accepting this position, I have a responsibility to provide the facts for decision making and then assure the decisions made are followed through. This is and will be the most difficult decision I will administer in my career. As you are aware, not all decisions are popular and this is the first of many I will need to follow.

On a personal note Joe, you been a loyal friend for many years. I share the pain you felt when the decision was made, and I am still uncomfortable with it. But you are a professional, you know these things happen and you know how to deal with it. No one individual stands alone and runs a Department, each one of us has a vital role. Yours as a Company officer is one you have worked hard to achieve and your contribution is huge.

Exhibit C

● Page 2                                                    July 12, 2001

Joe, I know the pain that this has caused, but stand committed to make things right for you and the Torrington Fire Department.  Please stop by at anytime to discuss this or any other matter you would like.


Sincerely,


John B. Field Jr.
Chief of the Department