DEFENDANT'S
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE 11/12/03  RPTR: OSH

DATE: 8/14/01

TO: Local 1567

FROM: Lt. McElroy

Grievance:

I am filing this grievance for failure to be promoted to Captain for the following reasons: including, but not limited to, past practice, unjust discrimination, and conflict of interest.

Solution: to be promoted to the rank of Captain (shift commander)

Sincerely,

*Joseph A. McElroy*

Joseph A. McElroy
Lieutenant

8/21/01

*Grievance Committee agrees that this grievance should continue to the next level of the grievance procedure.*

*[signature]* 8/21/01

Chairman of Grievance Committee

Received
8-31-01

Exhibit D

DEFENDANT'S EXHIBIT NO. 5 FOR IDENTIFICATION DATE 1/12/03 RPTR: OSH

Chief Field,

Local 1567 will be filing a grievance on behalf of Lt. McElroy and Lt. Hayes in regards to the recent Captain's promotion.

Respectfully,

*Michael Zavatkay* (8/24/01)
Michael Zavatkay
Local 1567

*[signature]* 8-24-01