DEFENDANT'S
EXHIBIT NO. 7
FOR IDENTIFICATION
PENGAD-Bayonne, N.J.
DATE 11/13/03  RPTR: OSH

Chief Field,

    Local 1567 will be filing a grievance on behalf of Lt. McElroy and Lt. Hayes in regards to the recent Captain's promotion.

                                        Respectfully,

                                        *Michael Zavatkay (8/24/01)*
                                        Michael Zavatkay
                                        Local 1567

Exhibit H

# GRIEVANCE


DEFENDANT'S
EXHIBIT NO. 6
FOR IDENTIFICATION
DATE 11/13/03 RPTR OSH

I am filing this grievance for failure to be promoted to captain for the following reasons, including but not limited to, past practice and unjust discrimination, conflict of interest.

Solution, promotion to captain.

*[handwritten]* Lt. [illegible] 8-18-01

*[handwritten]* 8/21/01

Grievance Committee agrees that this grievance should continue to the next level of the grievance procedure.

*[signature]* 8/21/01

Chairman of Grievance Committee

Received
8-31-01