


AGREEMENT

BETWEEN

LOCAL - 1567

I.A.F.F. - A.F.L. - C.I.O.

AND THE

CITY OF TORRINGTON

1995 - 1997

Exhibit I

writing to the Board of Public Safety to have the action rescinded or to have the severity of the punishment reduced.

Within seven (7) days after receiving such appeal, said Board of Public Safety shall arrange to and shall meet with the Union's Grievance Committee for the purpose of attempting to resolve this dispute. If such employee or the Union is dissatisfied with the results of such meeting, he or she may, no later than five (5) days thereafter, submit such dispute to arbitration in accordance with Section 1 (c) of Article V.

## ARTICLE V

### GRIEVANCE PROCEDURE

**Section 1.**  Should any employee or group of employees feel aggrieved concerning his, her or their wages, hours or conditions of employment, which wages, hours and conditions are controlled by this Contract, or which are provided for in any Statute, Charter Provision, Ordinance, Rule, Regulation or Policy which is not in conflict with this Contract, or concerning any matter or condition arising out of the employee-employer relationship, including any claim of unjust discrimination and any matter affecting his, her or their health and safety, adjustment shall be sought as follows:

    a. Any employee who has a grievance shall reduce it to writing and submit it to both the Chief and the Personnel Director. The Union may also file a grievance on behalf of an employee. If such grievance is not so filed with the Chief and the

Personnel Director within forty-five (45) days after the employee knew or should have known of the act or condition upon which the grievance is based, then the grievance shall be considered as waived. Within three (3) days after said Chief receives such grievance in writing, he or she shall arrange to and shall meet with the employees and/or representatives of the Union for the purpose of adjusting or resolving the grievance. Within fifteen (15) days after the Personnel Director and the Chief receive such grievance in writing, either of them shall render their decision in writing to the employee and/or representatives of the Union.

b.  If such grievance is not resolved to the satisfaction of the employee or the Union by the Chief and the Personnel Director, within ten (10) days after such grievance was filed, the employee or the Union may present such grievance in writing, within seven (7) days after the decision by the Chief and the Personnel Director, to the Board of Public Safety. After receiving such grievance, said Safety Board may meet with the employee and/or representatives of the Union. Whether or not said meeting is held, the Board shall act on the grievance within thirty (30) days after its receipt by said Board. Failure of the

Board to act shall be deemed a denial of the grievance.

   c. If the grievance, or an appeal filed under Article IV, is not adjusted or resolved, to the satisfaction of the employee involved or the Union, by the Board of Public Safety within the prescribed time limits, such employee or the Union may, no later than ten (10) days after notice of the action by the Board of Public Safety or, if the Board of Public Safety failed to take action, no later than ten (10) days after said Board should have taken action, submit the grievance to the State Board of Mediation and Arbitration to be acted upon by said Board in accordance with its rules. The decision shall be final and binding on all parties.

   d. Any of the time limits specified herein may be extended by mutual agreement of the parties.

### ARTICLE VI

### UNION BUSINESS LEAVE

**Section 1.** The five (5) members of the Union Negotiating committee shall be granted leave from duty with full pay for all meetings between the City and the Union for the purpose of negotiating the terms of a contract, when such meetings take place at a time during which such members are scheduled to be on duty.

**Section 2.** One of the three (3) members of the Union

educational expenses, if any, shall be paid by the employee who shall also be responsible for his or her replacement; it being understood and agreed that this program shall not require additional hiring. The word "completion" shall not include the failure to attend classes, a "withdrawal" from the program, or an incomplete grade.

Section 2. Any employee holding an Associates Degree shall be paid $200.00 annually. Any employee holding a Baccalaureate Degree shall receive $400.00 annually. Any such degree shall have been received in a planned or degree program relating to fire fighting. Said amounts shall be paid to an eligible active employee during the month of August.

## ARTICLE XXVIII

## MANAGEMENT RIGHTS

There are no provisions in the Agreement that shall be deemed to limit or curtail the City of Torrington in any way in the exercise of the rights, powers and authority which the City had prior to the effective date of this Contract unless and only to the extent that provisions of the Agreement specifically curtail or limit such rights, powers, and authority. The Union recognizes that the City's rights, powers and authority include but are not limited to, the right to manage its operations, direct, select, decrease and increase the work force, including hiring, promotion, demotion, transfer, suspension, discharge or lay-off; the right to make all plans and decisions on all matters involving its operation, the extent to which the facilities of

any department thereof shall be operated, additions thereto, replacements, curtailments or transfers thereof, removal of equipment, outside purchases of products or services, the scheduling of operations, means and processes of operations, the equipment to be used, and the right to introduce new and improved methods and facilities and to change existing methods and facilities; to maintain discipline and efficiency of employees, to prescribe rules to that effect; to determine the qualifications of employees; and to run the Department efficiently, provided that it does not effect a mandatory subject of bargaining.

## ARTICLE XXIX

## APPOINTMENTS AND PROMOTIONS

Section 1. All promotions and appointments to the Department shall be made by the Board of Public Safety. Exclusive of the appointment of Probationary Fire Fighters, Chief and Deputy Chief, effective as of the date of signing of this Agreement, all promotions shall be awarded in the following manner:

a. The City shall post for ten (10) calendar days an announcement of the position to be filled. All interested personnel eligible to apply must make their intentions known in writing to the Fire Chief within the ten (10) calendar days. In the event a member is on sick leave, on vacation or other legitimate leave, the Department shall make a reasonable effort to notify such employee(s) of the promotional notice and promotional opening.

b. The City shall request the Personnel Department of the State of Connecticut or such other competent and impartial agency to conduct a written examination for those candidates who had made timely application and eligible to apply. The grades of those passing such examination shall be posted.

c. Candidates for promotion who successfully passed the written examination with a minimum passing grade of sixty percent (60%) shall advance to an oral examination by a panel of three (3) professional career fire fighters who shall be selected from departments no closer than ten (10) miles of the City of Torrington city line and shall be at least one (1) rank higher than the position being tested and shall be residents of the State of Connecticut, but shall not reside closer than ten (10) miles of the city line of Torrington. Said panel shall score each applicant with a numerical score which shall be averaged amongst the panel members, however, if a panel member recognizes an applicant, said panel member shall disqualify himself and the remaining members scores shall be averaged. Only averaged oral scores of sixty percent (60%) or more shall be considered in determining the final score for any candidate.

In addition to the written and oral

examinations, the final score shall have added to it up to twenty (20) points, determined by seniority in the following manner. One (1) point will be awarded for each full year of service, starting with the sixth (6th) full year of service as a fire fighter, to a maximum of twenty (20) points after completion of twenty-five (25) years of service in the Department.

The final score shall then be determined as follows:

1. The written examination shall be given a weight of sixty percent (60%) of the final score;

2. The oral examination shall be given a weight of forty percent (40%) of the final score; and

3. The seniority points shall be added to the weighted total of the written and oral scores.

d. The final passing scores shall be posted on the bulletin board for five (5) calendar days in the order of final total scores.

e. The top four (4) applicants' names shall be submitted to the Board of Public Safety in order of their scores and said Board of Public Safety shall select any one (1) of said candidates and appoint to the position forthwith.

f. The remaining names which were not selected and/or

-61-

appointed from the top four (4) candidates shall remain on the list for one (1) year and six (6) months from the date of final score posting on the bulletin board and shall be eligible for promotion to the same rank in the event of another promotion or vacancy.

**Section 2.**   a. To be eligible for the examination and/or promotion to the rank of Fire Marshal, Deputy Fire Marshal, Training Officer, Fire Inspector or Lieutenant, the applicant must have completed at least five (5) years of service as a fire fighter in the Torrington Fire Department as of the date of the written examination, <u>provided however</u>, in the event no such eligible applicant for the position of Fire Inspector or Training Officer passes the written exam or achieves a final passing score, or in the event no such eligible person applies for that position, then all employees shall be eligible for the examination and/or promotion; to be eligible for the examination and promotion to the rank of Captain, the applicant must have attained the position of Lieutenant and must have completed his/her probationary position as Lieutenant as of the date of the written examination for Captain.

b. Any successful candidate for the position of Fire Inspector or Training Officer who fails to obtain State of Connecticut certification shall be

-52-

entitled to re-apply and to be re-tested for such certification. Any successful candidate who fails to attain such State certification shall be entitled to his former fire fighting position without loss of rank, pay, benefits, or seniority.

Section 3.  Promoted personnel shall serve a probationary period of six (6) months.

## ARTICLE XXX

### REDUCTION IN FORCE

Section 1.  Layoff shall be by inverse order of departmental seniority.

Section 2.  Any employee laid off shall be placed on a recall list and shall remain thereon for a period of two (2) years. Recall from said list shall be by inverse order of layoff. Notice of recall shall be in writing and sent by certified mail, return receipt requested, to the last address furnished by the employee being recalled. Said employee shall accept any offer of recall by written notice to the City within ten (10) days following receipt of the notice of recall. If such acceptance is not received within such ten (10) days, the offer shall be deemed rejected and such employee shall be removed from such recall list.

Section 3.  The City shall give a two week notice of layoff.

Section 4.  Any laid off employee shall return all department property.

Section 5.  Any employee laid off in accordance with this Article

shall not lose his/her seniority status at the time of layoff if he/she is recalled and accepts employment within two (2) years from the date of layoff in accordance with Section 3; but seniority shall not accrue during any period that such employee remains on said layoff list.

Section 6.  Any vacation time accrued as of the date of layoff shall be paid in a lump sum within one (1) week after layoff.

Section 7.  No payment shall be made to the laid off employee for unused sick leave but if the employee is recalled and accepts employment within the two (2) year recall period any such unused sick leave shall be reinstated for the benefit of said recalled employee.  Any laid off employee who is not recalled and who later becomes eligible for retirement benefits pursuant to Article XXV, shall receive, subject to to the provisions of Article XXII, Section 1. j., payment for unused sick leave due which was credited to him or her at the time of layoff at the rate of pay existing at the time of layoff.  There shall be no accumulation of sick leave while on the recall list.

Section 8.  Medical insurance benefits shall be provided, in accordance with law, at the laid off employee's cost.

## ARTICLE XXXI

### DURATION

Section 1.  The duration of this Contract shall be effective

-54-

except that Article XXV, Pensions, shall remain in full force and effect until June 30, 2000. Either party wishing to terminate, amend or modify such Contract must so notify the other party in writing no more than one hundred and eighty (180) days and no less than one hundred and twenty (120) days prior to each such expiration date. Within five (5) days of the receipt of such notification by either party a conference shall be held between the City and the Union Negotiating Committee for the purpose of such amendment, modification or termination.

IN WITNESS WHEREOF, the parties have caused their names to be signed on this 17th day of May, 1996.

Signed, Sealed and Delivered
in the presence of:

CITY OF TORRINGTON

By _Mary Jane Gryniuk_
Mary Jane Gryniuk
Its Mayor

Witness: _[signature]_

Witness: _[signature]_

LOCAL 1567, INTERNATIONAL
ASSOCIATION OF FIRE FIGHTERS,
AFL-CIO

By _Gary Brunoli_
Gary Brunoli,
Its President

Witness: _[signature]_

By _[signature] Giampaolo_
Its Secretary

Witness: _Elizabeth Murphy_

-55-