DEPARTMENT OF FIRE SERVICE
CITY OF TORRINGTON

OFFICE OF THE CHIEF
Chief John Field

OPERATIONS DIVISION
Deputy Chief Jaye Giampaolo

PREVENTION DIVISION
Fire Marshal Timothy J. Tharau

TRAINING DIVISION
Training Officer Lawrence W. Hepburn

# FINAL SCORES
# CAPTAIN'S EXAM 2001

The following is the final scores of the 2001 Captain's Examination. The top four candidates names will be presented to the Board of Safety.

| | |
|---|---|
| Lt. McElroy | 95.96 |
| Lt. Hayes | 93.98 |
| Lt. Smith | 92.49 |
| Lt. Starr | 91.72 |
| Lt. Warner | 89.10 |
| Lt. Giampaolo | 87.86 |
| Lt. Hannon | 87.50 |
| Lt. Hutson | 84.18 |
| Lt. Theeb | 82.45 |

111 Water Street • Torrington, CT 06790 • 860-489-2255 • fax 860-489-2563

Exhibit M