# DEPARTMENT OF FIRE SERVICE
## CITY OF TORRINGTON

| OFFICE OF THE CHIEF | OPERATIONS DIVISION | PREVENTION DIVISION | TRAINING DIVISION |
|---|---|---|---|
| Chief John Field | Deputy Chief Jaye Giampaolo | Fire Marshal Timothy J. Tharau | Training Officer Lawrence W. Hepburn |

September 12, 2001

Mark Capell, Local 1567
Torrington Fire Department

Dear Mark:

I have received and reviewed the grievances forwarded by Lieutenant Kevin Hayes and Lieutenant Joseph McElroy on Friday August 31, 2001.

The Fire Department Administration and the Board of Public Safety have promoted in accordance to the Local 1567 Contract. On July 11, the top four names were presented to the Board of Public Safety in order of their scores. The Board of Public Safety then promoted two candidates from the list of four. According to Contract Article XXIX, Section 1, paragraph e, the Board of Public Safety shall be submitted the top 4 candidates and select *any* one of the said candidates for appointment.

With this fact presented, there are no grounds for the grievances. The grievances are therefore denied based on the wording of the Contract. All information regarding these grievances will be forward to the Board of Public Safety Personnel Committee for their review.

Any further questions and/or comments can be forwarded to my office.

Sincerely,

John B. Field Jr.
Chief of the Department

Cc:  Tom Gritt, Personnel Director

Exhibit N