FILED

UNITED STATES DISTRICT COURT 2004 FEB -9 P 12: 13

DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOSEPH McELROY | : |
| VS. | : |
| CITY OF TORRINGTON,<br>JAMES POTTER,<br>CAROLANN KENNEDY,<br>THOMAS TELMAN,<br>ROBERT ZORDAN,<br>KENNETH FUCHSMAN,<br>CHRISTOPHER JANCO,<br>JAYE GIAMPAOLO and<br>JOHN B. FIELD, JR. | : NO. 3:02CV1525(AVC)<br><br>: FEBRUARY 9, 2004 |

### PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS GIAMPAOLO AND FIELD

The plaintiff adopts the brief in opposition to the summary judgment motion of the other defendants already on file with this court. The defendants Giampaolo and Field have not raised any arguments not already addressed there.

Respectfully submitted,

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Albert G. Vasko, Esq., 140 Main Street, Torrington, CT 06790; John Radshaw, Esq., at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; and Jack G. Steigelfest and Constance L. Epstein at Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, CT 06106.

_____
JOHN R. WILLIAMS