## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*********************************************

| | |
|---|---|
| JOSEPH McELROY : | CIVIL ACTION NO. |
| Plaintiff : | |
| : | 3:02 CV 01525 (AVC) |
| Vs. : | |
| : | |
| CITY OF TORRINGTON : | |
| JAMES POTTER : | |
| CAROLANN KENNEDY : | |
| THOMAS TELMAN : | |
| ROBERT ZORDAN : | |
| KENNETH FUCHSMAN : | |
| CHRISTOPHER JANCO : | |
| JAYE GIAMPAOLO : | |
| JOHN B. FIELD, JR. : | |
| Defendants : | |
| : | April 1, 2004 |

*********************************************

## MOTION FOR EXTENSION OF TIME
## TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to Fed.R.Civ.P. 7(b) and District of Connecticut Local Rule 7(b), defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco respectfully request an extension of time of sixty (60) days from the date that this Court rules on their pending Motion for Summary Judgment, dated January 2, 2004, in which to submit a Joint Trial Memorandum in accordance with the Pretrial

Order issued by the Court dated March 29, 2004. In support of their motion for the extension of time, the defendants state the following:

    1. On January 2, 2004 defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco filed a motion for summary judgment on the basis that the plaintiff did not have a property interest in his being promoted to the rank of Captain in city of Torrington Fire Department, that the plaintiff's equal protection claim failed to state a claim upon which relief could be granted and that the defendants had qualified immunity based upon their positions;

    2. On or about January 17, 2004, defendants Field and Giampaolo filed a similar motion for summary judgment making virtually the same arguments as in the prior motion for summary judgment filed by defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco;

    3. On March 16, 2004, the Court (Covello, U.S.D.C.J.) granted the motion for summary judgment filed by defendants Field and Giampaolo on the basis that the plaintiff did not have a protected property interest in his promotion to Captain and did not have claim under the equal protection clause of the 14th Amendment;

      4. Although the Court has ruled on the motion for summary judgment filed by defendants Field and Giampaolo, the similar motion previously filed by defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco is still pending before the Court;

      5. As the motion for summary judgment filed by defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco is still pending before the Court, it is practically impossible for the remaining parties to this case to prepare a Joint Trial Memorandum.

      Based upon the foregoing, the defendants seek a sixty (60) day extension of time after the Court rules on the pending motion for summary judgment in which to file the Joint Trial Memorandum assuming that one is still necessary after the Court rules on the motion for summary judgment. The undersigned has discussed this matter with all counsel of record and all counsel agree that the motion for extension of time should be granted under the circumstances. This is the first motion for an extension of time with regard to the Joint Trial Memorandum.

**Wherefore,** for the reasons set forth above, the defendants seek a sixty (60) day extension of time after the Court rules on the pending motion for summary judgment in which to file the Joint Trial Memorandum.

        DEFENDANTS:
        CITY of TORRINGTON, JAMES POTTER
        CAROLANN KENNEDY, THOMAS TELMAN
        ROBERT ZORDAN, KENNETH FUCHSMAN
        and CHRISTOPHER JANCO

By_____
    Constance L. Epstein, Esq.
    Federal Bar No. ct 06958
    Howard, Kohn, Sprague & FitzGerald
    237 Buckingham Street
    Hartford, CT 06106
    (860) 525-3101 (Telephone)
    (860) 247-4201 (Fax)
    Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of April, 2004, to:

John R. Williams
Williams and Pattis
51 Elm Street, Suite 400
New Haven, CT 06510

John Radshaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Albert G. Vasko, Esq.
140 Main Street
Torrington, CT 06790

_____
Constance L. Epstein