46

FILED
2004 APR -5 A 10: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************

| | |
|---|---|
| JOSEPH McELROY | CIVIL ACTION NO. |
| Plaintiff | |
| Vs. | 3:02 CV 01525 (AVC) |
| CITY OF TORRINGTON<br>JAMES POTTER<br>CAROLANN KENNEDY<br>THOMAS TELMAN<br>ROBERT ZORDAN<br>KENNETH FUCHSMAN<br>CHRISTOPHER JANCO<br>JAYE GIAMPAOLO<br>JOHN B. FIELD, JR. | |
| Defendants | April 1, 2004 |

*********************************************

April 7, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

## MOTION FOR EXTENSION OF TIME
## TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to Fed.R.Civ.P. 7(b) and District of Connecticut Local Rule 7(b), defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco respectfully request an extension of time of sixty (60) days from the date that this Court rules on their pending Motion for Summary Judgment, dated January 2, 2004, in which to submit a Joint Trial Memorandum in accordance with the Pretrial

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160