UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**May 4, 2004**
**10:00 a.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

3:02CV01525 (AVC) <u>McElroy v. City of Torrington, et al</u>

Constance L. Epstein
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Christopher M. Harrington
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

John J. Radshaw III
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Jack G. Steigelfest
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798

Albert G. Vasko
140 Main St.
Torrington, CT 06790

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK