UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH McELROY

V.     CASE NO. 3:02CV01525(AVC)

CITY OF TORRINGTON, JAMES
POTTER, CAROLANN KENNEDY,
THOMAS TELMAN, ROBERT
ZORDAN, KENNETH FUCHSMAN,
CHRISTOPHER JANCO, JAYE
GIAMPAOLO and JOHN B. FIELD, JR.

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed their motions for summary judgment and the Court, on March 16, 2004 having granted the motion with respect to the defendants Jaye Giampaolo and John B. Field, Jr. (as amended June 22, 2004), and further having granted the motion as to the defendants City of Torrington, James Potter, Carolann Kennedy, Thomas Telman, Robert Zordan, Kenneth Fuchsman and Christopher Janco on June 22, 2004, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants and against the plaintiff.

Dated at Hartford, Connecticut, this 23rd day of June, 2004.

KEVIN F. ROWE, Clerk

By:    /s/ JW
Jo-Ann Walker
Deputy Clerk

EOD: _____