UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH McELROY | : | NO.:  3:02CV1525 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, JAMES POTTER, CAROLANN KENNEDY, THOMAS TELMAN, ROBERT ZORDAN, KENNETH FUCHSMAN, CHRISTOPHER JANCO, JAYE GIAMPAOLO AND JOHN B. FIELD, JR. | : : : : : : | JULY 9, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, JAYE GIAMPAOLO AND JOHN B. FIELD, JR., hereby submit its bill of costs in the above-captioned case. The Court entered judgment for the defendants on June 22, 2004, following a summary judgment ruling in favor of the defendants. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A. Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit A1**)

    1. Deposition transcript of James Avallone and John Smedick, Jr. on 6/19/03 ($144.30 original (74 pages @ $1.95 per page) + $8.00 shipping & handling +$9.14 tax)=$161.44 (161.44/2 = $80.72 – depositions were taken for companion case – Hayes v. City of Torrington, and used in support of summary judgment

        Subtotal      $ 80.72

    2.    Deposition transcript of Joseph McElroy on 11/12/03 ($364.00 original (104 pages @ $3.50, regular rate per page) + $5.00 shipping & handling +$22.14 tax)   $   391.14

        Appearance fee ($75.00 + $4.50 tax)   $   79.50

        Subtotal   $   470.64

B.    Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii). (**Exhibit A2**)

    1.    Copies of exhibits appended to successful Motion for Summary Judgment

        150 pages @ .15 =   $22.50  
        Taxes -   1.35  
            Subtotal =   $23.85

**TOTAL FEES REQUESTED:**    $575.21

                    DEFENDANTS,
                    JAYE GIAMPAOLO AND
                    JOHN B. FIELD, JR.


By/s/John J. Radshaw, III
   John J. Radshaw, III
   ct19882
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  jradshaw@hl-law.com


## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 9th day of July, 2004.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Constance L. Epstein, Esquire
Jack G. Steigelfest, Esquire
HOWARD, KOHN, SPRAGUE &
FITZGERALD, LLP
237 Buckingham Street
PO Box 26198
Hartford, CT 06126-1798

                    /s/John J. Radshaw, III
                    John J. Radshaw, III