UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH McELROY | : | NO.: 3:02CV1525 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, JAMES POTTER, CAROLANN KENNEDY, THOMAS TELMAN, ROBERT ZORDAN, KENNETH FUCHSMAN, CHRISTOPHER JANCO, JAYE GIAMPAOLO AND JOHN B. FIELD, JR. | : : : : : : | JULY 9, 2004 |

## VERIFICATION OF JOHN J. RADSHAW, III

I, John J. Radshaw, III, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendants, Jaye Giampaolo and John B. Field, Jr., in the above-captioned case and have knowledge of the facts of the case and the costs incurred by Jaye Giampaolo and John B. Field, Jr., in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 9th day of July, 2004.

                                        /s/John J. Radshaw, III
                                        John J. Radshaw, III

STATE OF CONNECTICUT )
                            ) ss: Hartford
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 9th day of July, 2004.

                                        /s/Elvira C. Blackman
                                        Elvira C. Blackman
                                        Notary Public
                                        My Commission Expires:10/31/07