**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

**RECEIVED JUL -7 2003**
BY: ........................

HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114

ATTN: JOHN RADSHAW, III, ESQ.

JOSEPH McELROY VS. CITY OF TORRINGTON
KEVIN HAYES VS. CITY OF TORRINGTON

INVOICE NO.      12649
INVOICE DATE:    7/02/2003
REPORTER:
LEA PALOMBO

ID#:  06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 6/19/2003 | DEPOSITIONS: JAMES AVALLONE (34) | 1.00 | | |
| | JOHN SMEDICK, JR. (40) | 1.00 | | |
| | PAGES, 1 COPY @ $1.95 | 74.00 | 1.95 | 144.30 |
| | ASCII DISK (2 WITNESS) | 2.00 | 25.00 | 50.00 |
| | MINITRANSCRIPT @ $25.00 (2 WITNESS) | 2.00 | 25.00 | 50.00 |
| 7/02/2003 | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 15.14 | 15.14 |

Sub Total    267.44
Paid           0.00
Balance Due  267.44

**PLEASE RETURN ONE COPY WITH REMITTANCE**

CL _____    DATE _____
CODE 19294   CK 6112
TR           I/B



**NIZIANKIEWICZ & MILLER**

RECEIVED
NOV 24 2003
BY: ..................

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

DATE          11/20/2003
INVOICE         30706
CLIENT           2904
REFERENCE HEN

Re: JOSEPH MCELROY     CITY OF TORRINGTON
Assignment Date: November 12, 2003

Deposition Of - JOSEPH MCELROY

```
3 DAY EXPEDITE ORIG & 1                              655.20
APPEARANCE FEE                                        75.00
SHIPPING & HANDLING                                    5.00
CONDENSED AND ASCII                                   30.00
                                                  ==========
                              Total Amount $         765.20
                                       Tax $          45.91
                                 Total due $         811.11
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

CL _____   DATE _____
CODE _____  CK 6804
TR 20697    T/B _____

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY