# IKON
## Office Solutions
## Document Services

Phone:(860) 278-1555  Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

INVOICE    Page 1

| | |
|---|---|
| Invoice # | HAR067563 |
| Invoice Date | 01/20/2004 |
| Due Date | 01/30/2004 |
| Customer # | HAR-HOW6 |
| Order # | 04010319 |

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 01/20/2004 | ELLIE BLACKMAN | 38 - 20302 | STEVE PASSARO |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | C Litigation | 150 | 0.150 | 22.50 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 22.50 |
| Sales Tax: | 1.35 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **23.85** |

Received and approved by: _____    Date: _____