UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH McELROY | : |
| Vs. | :   CASE NO. 3:02CV1525 (AVC) |
| CITY OF TORRINGTON, ET AL | : |

RULING ON DEFENDANTS' BILL OF COSTS

Judgment entered for the defendants on June 23, 2004, after rulings granting defendants' motions for summary judgment. Defendants Jaye Giampaolo and John B. Field, Jr., filed a Bill of Costs on July 12, 2004. No objection has been filed. For the reasons stated below, the defendants' bill of costs is granted in part and denied in part.

A. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures," maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendants submitted a claim for one half of the deposition transcripts of James Avallone and John Smedick, Jr., held on June 19, 2003, in the amount of $80.72. Both of these depositions were taken for a companion case, Hayes vs. City of Torrington, and used in support of summary judgment. This claim is reduced to $76.72, eliminating the charge for shipping and handling.

Defendants submitted a claim for the deposition transcript of the plaintiff, James McElroy, held on November 12, 2003, in the amount of $470.64. This claim is reduced to $465.64, eliminating the charge for shipping and handling.

The total claim for court reporter's fees is allowed in the amount of $542.36.

B. <u>FEES FOR EXEMPLIFICATION AND COPIES</u>: Defendants submitted a claim for copies of the exhibits appended to the motion for summary judgment in the amount of $23.85, which is allowed.

C. <u>SUMMARY</u>: For the reasons previously stated, the defendants' bill of costs is allowed as follows:

| | |
|---|---|
| FEES FOR COURT REPORTER | $ 542.36 |
| FEES FOR COPIES | 23.85 |
| TOTAL | $ 566.21 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 27th day of August, 2004.

KEVIN F. ROWE, Clerk

By: ___/s/
Mary A. Wiggins
Deputy in Charge